# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE L. DOSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BURNES, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:19-cv-01014-NONE-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF ACTION FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(ECF No. 9) |

Plaintiff Jimmie L. Doss ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 19, 2019, the assigned Magistrate Judge screened the complaint and ordered Plaintiff to file an amended complaint within thirty (30) days to proceed with this action. (ECF No. 7.) The Court expressly warned Plaintiff that his failure to comply with the Court's order would result in dismissal of this action. (Id. at 8.) On January 10, 2020, following the expiration of the deadline to file his amended complaint, the Magistrate Judge issued findings and recommendations that this action be dismissed, without prejudice, for failure to obey a court order and failure to prosecute this action. (ECF No. 9.) Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at 3.) The deadline to file objections has passed, and

1

Plaintiff has failed to file objections to the pending findings and recommendations or otherwise communicate with the Court regarding this action.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on January 10, 2020, (ECF No. 9), are adopted in full;
2. This action is dismissed, without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 5, 2020**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE